DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY MATTHEWS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-1425

[August 31, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Howard K. Coates, Jr., Judge; L.T. Case No. 50-1992-CF-004796-BXXX-MB.

Anthony Matthews, Florida City, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***